# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   MAR 02 2015   ★
LONG ISLAND OFFICE

MDL No. __2617__ & TITLE - IN RE: __Anthem, Inc., Customer Data Security Breach Litig__

2:15CV704

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

See attached list.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See attached list.

************************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 2/25/2015 | /s/ Craig A. Hoover |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Craig A. Hoover, Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, DC, 20004

Telephone No.: 202-637-5694    Fax No.: 202-637-5910

Email Address: craig.hoover@hoganlovells.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**Parties Represented:**
- Anthem, Inc.
- The Anthem Companies, Inc.
- The Anthem Companies of California, Inc.
- Anthem Blue Cross Life and Health Insurance Company
- Blue Cross of California, d/b/a Anthem Blue Cross
- Blue Cross and Blue Shield of Georgia, Inc.
- Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield
- Empire Healthchoice Assurance d/b/a Empire Blue Cross and Blue Shield
- Empire Healthchoice HMO, Inc. d/b/a Empire Blue Cross and Blue Shield
- Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross and Blue Shield
- Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield
- Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield
- Anthem Life Insurance Company
- Anthem Health Plans, Inc. d/b/a Anthem Blue Cross Blue Shield
- Anthem Insurance Companies, Inc.

**Case Captions:**

- Appearing on behalf of all above named defendants in the following cases:

    *Bazley v. Anthem, Inc., et al.* (W.D. Pa., Case No. 2:15-cv-00226)

    *Becker, et al. v. Anthem, Inc.* (S.D. Ind., Case No. 1:15-cv-00230)

    *Bell, et al. v. Anthem, Inc., et al.* (C.D. Cal., Case No. 2:15-cv-01214)

    *Blain, et al. v. Anthem, Inc.* S.D. Ind., Case No. 1:15-cv-00288)

    *Brescia v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00203)

    *Brock v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00289)

    *Brown v. Anthem, Inc.* (N.D. Cal., Case No. 3:15-cv-00710)

    *Cahill v. Anthem, Inc.* (S.D. Ind., Case No. 1:15-cv-00214)

    *Daniels v. Anthem, Inc.* (D. Mass., Case No. 1:15-cv-10530)

    *D'Angelo, et al. v. Anthem, Inc., et al.* (N.D. Ga., Case No. 1:15-cv-00371)

    *Doe v. Anthem, Inc., et al.* (C.D. Cal., Case No. 2:15-cv-00934)

    *Douglas v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00307)

*Edwards, et al. v. Anthem, Inc., et al.* (S.D. Cal., Case No. 15-cv-00318)

*Garson v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-001080)

*Giotta v. Anthem, Inc., et al.* (N.D. Cal., Case No. 5:15-cv-00618)

*Haag v. Anthem, Inc., et al.* (M.D. Fla., Case No. 6:15-cv-00238)

*Harker v. Anthem, Inc.* (S.D. Ind., Case No. 1:15-cv-00223)

*Hayes, et al. v. Anthem, Inc., et al.* (N.D. Ohio, Case No. 1:15-cv-00284)

*Heaton v. Anthem, Inc., et al.* (N.D. Cal., Case No. 3:15-cv-00656)

*Hills v. Anthem, Inc.* (D. Col., Case No. 1:15-cv-00314)

*Hodges v. Anthem, Inc., et al.* (E.D. Ark., Case No. 4:15-cv-00083)

*Hood v. Anthem, Inc., et al.* (C.D. Cal., Case No. 2:15-cv-00918)

*Hudson, et al. v. Anthem, Inc., et al.* (C.D. Cal., Case No. 8:15-cv-00296)

*Hurley v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00247)

*Hyde v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00319)

*Ifversen v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00209)

*Immerman, et al. v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00208)

*Jigarjian v. Anthem, Inc.* (S.D. Cal., Case No. 3:15-cv-00316)

*Juliano v. Anthem, Inc., et al.* (N.D. Ala., Case No. 2:15-cv-00219)

*Kamal, et al. v. Anthem, Inc., et al.* (S.D.N.Y., Case No. 15-cv-00984)

*Kaslowitz v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00188)

*Keyser v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00178)

*Kirby v. Anthem, Inc., et al.* (C.D. Cal., Case No. 2:15-cv-00820)

*Lesher, et al. v. Anthem, Inc., et al.* (S.D. Ind., Case no. 1:15-cv-00204)

*Liu v. Anthem, Inc., et al.* (C.D. Cal., Case no. 8:15-cv-00215)

2

*Macros, et al. v. Anthem, Inc., et al.* (N.D. Cal., Case No. 3:15-cv-00674)

*Maric v. Anthem, Inc., et al.* (W.D. Ky., Case No. 3:15-cv-00134)

*McInnis v. Anthem, Inc., et al.* (D. Kan., Case No. 2:15-cv-02577)

*McKinley, et al. v. Anthem, Inc., et al.* (S.D. Ohio, Case No. 1:15-cv-00096)

*Meadows v. Anthem, Inc.* (S.D. Ind., Case No. 1:15-cv-00163)

*Meer v. Anthem, Inc., et al.* (S.D. Cal., Case No. 3:15-cv-00289)

*Mellon v. Anthem, Inc.* (D. Col., Case No. 1:15-cv-00323)

*Mitchel v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00207)

*Morris v. Anthem, Inc., et al.* (C.D. Cal., Case No. 8:15-cv-00196)

*Napoleon v. Anthem, Inc., et al.* (S.D. Cal., Case No. 3:15-cv-00293)

*Nicoll v. Anthem, Inc., et al.* (E.D.N.Y., Case No. 2:15-cv-00704)

*Pantuso v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00181)

*Park v. Anthem, Inc., et al.* (N.D. Cal., Case No. 4:15-cv-00709)

*Petterman v. Anthem, Inc., et al.* (D. Conn., Case No. 3:15-cv-00250)

*Petty v. Anthem, Inc.* (S.D.N.Y., Case No. 15-cv-01177)

*Powell, et al. v. Anthem, Inc., et al.* (E.D. Cal., Case No. 2:15-cv-00314)

*Salerno v. Anthem, Inc.* (C.D. Cal., Case No. 2:15-cv-01144)

*Schneider, et al. v. Anthem, Inc., et al.* (S.D.N.Y., Case No. 15-cv-00920)

*Slater v. Anthem, Inc., et al.* (S.D. Cal., Case No. 3:15-cv-00279)

*Sojourner v. Anthem, Inc.* (N.D. Cal., Case No. 3:15-cv-00637)

*Staffieri v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00287)

*Trawick v. Anthem, Inc., et al.* (S.D. Cal., Case No. 3:15-cv-00321)

*Weinberger v. Anthem, Inc., et al.* (S.D. Ind., Case No. 1:15-cv-00201)

*Zand v. Anthem, Inc., et al.* (N.D. Cal., Case No. 3:15-cv-00638)